## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **KIA AMERICA, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:23-CV-00722-ADA-JCM** |
| | § | |
| **LEO MCADAMS,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Plaintiff's unopposed Motion to Dismiss (ECF No. 50) Counts II, III, and IV of its Complaint against Defendant Leo McAdams, pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court, having reviewed Plaintiff's Motion and being fully informed, is of the opinion that it is meritorious and should be **GRANTED**. Accordingly, the Court **ORDERS** Counts II, III, and IV of Kia's Complaint against McAdams be **DISMISSED WITHOUT PREJUDICE**, with each party bearing its own fees and costs.

This Order disposes of all remaining claims against the sole defendant in this matter. Thus, the Court **ORDERS** all deadlines and proceedings are hereby **TERMINATED**. The Clerk of the Court is respectfully **DIRECTED** to close the above styled and numbered cause.

**SIGNED** this 7th day of November, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE