UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS - WACO DIVISION

| | |
|---|---|
| Kia America, Inc.,<br>        Plaintiff,<br>v.<br>Leo McAdams,<br>        Defendant. | Case No. 6:23-cv-00722-ADA-JCM |

**PLAINTIFF'S MOTION FOR DISBURSEMENT OF FUNDS**

Plaintiff Kia America, Inc. ("KUS") respectfully moves this Court for Disbursement of Funds, and would show as follows:

1. On October 24, 2023, KUS entered into the Court's Registry its TRO Bond in the amount of $1,000.00 under Receipt No. 998. (Dkt. 12). Since then, on October 23, 2024, Plaintiff filed its Unopposed Motion to Dismiss (Dkt. 50) and the Court dismissed this case with Prejudice on November 7, 2024. (Dkt. 53)

2. On December 2, 2024, the Court's administrator notified Plaintiff via email of the funds being held in the registry of the court, requesting Plaintiff to make this Motion.

3. Therefore, Plaintiff requests the court release the TRO Bond to the payee, as follows:

Seyfarth Shaw, LLP

700 Milam Street, Suite 1400, Houston, Texas 77002

Principal Amount: $1,000.00

Interest: $0

DATED: December 3, 2024								Respectfully submitted,

							**SEYFARTH SHAW LLP**

							By: */s/ Kevin J. Mahoney*
								Kevin J. Mahoney (SBN 6299398) (pro hac vice)
								kmahoney@seyfarth.com
								233 South Wacker Drive, Suite 8000
								Chicago, Illinois 60606-6448
								Telephone: (312) 460-5000
								Facsimile: (312) 460-7000

								Eron F. Reid (Texas Bar No. 24100320)
								ereid@seyfarth.com
								700 Milam, Suite 1400
								Houston, Texas 77002
								Telephone:  (713) 225-2300
								Facsimile:  (713) 225-2340

							*Attorneys for Plaintiff Kia America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2024, I electronically filed the foregoing using the CM/ECF system and served a copy via email to Defendant Leo McAdams.

							*/s/ Kevin J. Mahoney*
							Kevin J. Mahoney

2