UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS - WACO DIVISION

| | |
|---|---|
| Kia America, Inc.,<br>    Plaintiff,<br>v.<br>Leo McAdams,<br>    Defendant. | Case No. 6:23-cv-00722-ADA-JCM |

### **DISBURSEMENT ORDER**

On October 24, 2023, Plaintiff entered into the Court's Registry its TRO Bond in the amount of $1,000.00 under Receipt No. 998. Since then, on October 23, 2024, Plaintiff filed its Unopposed Motion to Dismiss (Dkt. 50) and the court dismissed this case with Prejudice on November 7, 2024. (Dkt. 53)

Accordingly, the Court now **ORDERS** that as soon as the business of the office allows, the United States District Court Clerk shall close the account invested under the Liquidity Fund in the Court Registry Investment System (CRIS) representing monies heretofore deposited under this cause number.

The Court further **ORDERS** the Clerk to release said monies to the payee named below. All principal plus accrued interest shall be made payable and addressed as follows:

Seyfarth Shaw, LLP

700 Milam Street, Suite 1400, Houston, Texas  77002

Principal Amount: $1,000.00

Interest payment: all accrued

SIGNED this 4th day of December, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE